NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000114
07-APR-2015
09:49 AM

NO. CAAP-15-0000114

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN THE INTEREST OF CK

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-J NO. 0099366)

ORDER APPROVING THE APRIL 1, 2015
STIPULATION FOR DISMISSAL OF APPEAL
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed April 1, 2015, by Minor-Appellant C.O.K. (Appellant), the papers in support, and the record, it appears that (1) the stipulation is dated and signed by counsel for all parties; (2) the parties seek to dismiss the appeal pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(b), which governs dismissal of docketed appeals; (3) the appeal has not been docketed, so dismissal is authorized by HRAP Rule 42(a); and (4) the stipulation includes Appellant's declaration, consistent with HRAP Rule 42(c).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, April 7, 2015.

Presiding Judge

Associate Judge

Associate Judge